# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Arthur Brown ,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                    3:11-cv-414

Sydney Jerome Lackey, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2011 Order.

Signed: September 9, 2011

Frank G. Johns, Clerk
United States District Court