IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv414-GCM

| | |
|---|---|
| WILLIAM ARTHUR BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| SYDNEY JEROME LACKEY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Reinstate Complaint (Doc. No. 11). Plaintiff's motion is denied, as Plaintiff has appealed this Court's prior dismissal of his Complaint and the Fourth Circuit Court of Appeals affirmed the ruling of this Court. Plaintiff is instructed that his case has been dismissed, and Plaintiff cannot obtain any further relief from the Court in this case. Therefore, Plaintiff is instructed that the Court will not consider any further motions by Plaintiff.

IT IS HEREBY ORDERED that Plaintiff's Motion to Reinstate Complaint, (Doc. No. 11), is DENIED. The Clerk of Court is directed to terminate this case.

Signed: March 29, 2012

Graham C. Mullen
United States District Judge